HARVARD
LAW SCHOOL
LIBRARY

## ROGERS v. LEWIS.

In cases where there is a conflict of testimony, and the evidence of the winning party, taken by itself, will support the judgment rendered, it must be affirmed.

Testimony for the impeachment of a witness should go to his character at the time of the trial.

APPEAL from the *Owen* Circuit Court.

PERKINS, J.—*Lewis* sued *Rogers* upon a promissory note. *Rogers* gave the note to *Sylvanus H. Tarkington*, from whom it passed, by assignment, to the plaintiff.

The defendant, *Rogers*, answered, that he gave the note to *Tarkington* in consideration that *William D. Alexander* should make to him, *Rogers*, a deed for a lot in *Gosport;* that *Alexander* executed to him a bond for a deed, but had failed to execute or tender it; and that the lot had been sold, on execution, for *Alexander's* debt. The plaintiff replied by the general denial; and also specially averring, that the note was not given in consideration that *Alexander* should make a deed to *Rogers;* but, in consideration that *Tarkington* should relinquish to him, *Rogers*, the equitable interest he had in, and the right he had to require a deed from *Alexander* to, the lot in question; that he made the relinquishment; that *Rogers* procured a bond for a deed from *Alexander*, which he might have enforced, but neglected to do so; that he received possession of the lot, from which he had not been evicted, etc., and might still enforce his title from *Alexander*, and those claiming through him, by means of his bond, as the possession of the lot by him, *Rogers*, was notice, etc.

Trial by the Court. Judgment for the plaintiff. The cause is here upon the evidence. Three witnesses were examined. The testimony of two of them, if believed, taken by itself, proved the defendant's answer. The testimony of

one of them, *Tarkington* himself, if believed, taken by itself, proved the plaintiff's reply.

Here was a conflict of evidence; and the rule is, in such case, that, where the evidence of the winning party, taken by itself, will support the judgment rendered, it must be affirmed.

An attempt was made to impeach *Tarkington*, but no evidence, legitimate to the impeachment, was given. No witness examined knew his character, at the time of trial, or for three years previous. The testimony should go to the character at the time of the trial. 2 G. & H., p. 171, notes.

*Per Curiam.*—The judgment below is affirmed, with one per cent. damages and costs.

*McDonald* and *Roache*, for the appellant.

*Newcomb* and *Tarkington*, for the appellee.